**Robinson+Cole**

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts
and New York

October 21, 2024

*The request is GRANTED. The initial pre-trial conference is rescheduled to November 18, 2024 at 2:00 PM.*

*The Clerk of Court is directed to terminate the motion at Dkt. 12.*

<u>VIA ECF</u>
Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*SO ORDERED.*

*[signature]*

*Arun Subramanian, U.S.D.J.*
*Dated: October 21, 2024*

Re:   **Allison Wanger v. Unum Life Insurance Company of America**
      **Case No.: 1:24-cv-06687-AS**

Dear Judge Subramanian:

This firm represents defendant, Unum Life Insurance Company of America ("Defendant"), in the above referenced matter. Pursuant to Rule 3.E. of Your Honor's Individual Practices In Civil Cases, Defendant respectfully requests an adjournment of the Initial Pre-Trial Conference currently scheduled for November 14, 2024, at 2:00 p.m. Counsel for the Defendant has a scheduling conflict on that date and time As such, Defendant requests an adjournment until either the week of November 18, 2024 or December 2, 4, or 5. This is the Defendant's first request for an adjournment of this date. Plaintiff consents to the relief requested herein. There are no other appearances currently scheduled before the Court.  Additionally, there are no other existing deadlines.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Patrick W. Begos
Patrick Begos

cc: All Counsel of Record (*via* ECF)

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP