UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLISON WANGER,<br><br>                    Plaintiff,<br><br>          -against-<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>                    Defendant. | 24-cv-6687 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Given the parties' stipulation and proposed briefing schedule, the Court will, in lieu of trial, reserve June 13, 2025 for oral argument. Before the argument date, counsel for both parties—along with the final decisionmaker for the parties themselves—shall meet in person for at least one hour to discuss settlement of this matter.

SO ORDERED.

Dated: February 25, 2025
       New York, New York

ARUN SUBRAMANIAN
United States District Judge